IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES E AYCOCK, JR., )
MICHAEL STRACUZZI and )
ELIZABETH STRACUZZI, )
 )
Plaintiffs, )
 )
v. ) 1:02cv437
 )
ANTHONY J PRINCIPI, )
Secretary of Department of Veterans )
Affairs and DEPARTMENT OF )
VETERANS AFFAIRS, )
 )
Defendants )

## J-U-D-G-M-E-N-T

On November 4, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S C § 636(b) No objections were received by the court within the time prescribed by the statute

The court hereby adopts the Magistrate Judge's Recommendation

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (docket no 39) be **GRANTED** and this action be **DISMISSED** with prejudice

UNITED STATES DISTRICT JUDGE

DATE January 17, 2006